————o————

THE CITY OF ST. LOUIS, Respondent, *vs.* JOHN F. HEGER, Appellant.

1. Appeal dismissed for want of assignment of errors.

*Appeal from St. Louis Criminal Court.*

*E. P. McCarty*, for Respondent.

VORIES, Judge, delivered the opinion of the court.

The appellant in this case having failed to file any assignment of errors or statement or brief in the case as required by the statute of the State and rules of this court, or to otherwise prosecute his appeal, the same is dismissed.